IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| **BILLY EUGENE BROWN,** | : |
| Plaintiff | : |
| v. | : CASE NO. 6:03-CV-43(HL) |
| | : 42 U.S.C. § 1983 |
| **WILEY GRIFFIN, Sheriff, and,** | : |
| **J. BROWN MOSELY, D. A.,** | : |
| Defendants | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 52) filed March 22 , 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The objection to the Recommendation filed by the plaintiff (Doc. 55) on April 25, , 2005 has also been thoroughly read and considered and is found to be without merit.

**SO ORDERED,** this the 6th day of July , 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**