IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | | |
|---|---|---|
| **BILLY EUGENE BROWN,** | : | |
| Plaintiff | : | |
| v. | : | CASE NO. 6:03-CV-43 (HL) |
| **WILEY GRIFFIN, Sheriff, and** <br> **J. BROWN MOSELY, D.A.,** | : | |
| Defendants | : | |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 61) filed August 12, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

A Motion for Extension of Time was filed by the plaintiff and denied by the Magistrate Judge. No objection to the Recommendation was filed within the allotted time.

**SO ORDERED,** this the 7th day of September, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge**
**United States District Court**