**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION**

| | |
|---|---|
| **BILLY EUGENE BROWN,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **Civil Action No.** |
| : | **6:03-CV-43 (HL)** |
| **WILEY GRIFFIN and J. BROWN** : | |
| **MOSELEY,** : | |
| : | |
| **Defendants.** : | |
| : | |

**ORDER**

Before the Court is Plaintiff's Motion to Reconsider (Doc. 68) in which Plaintiff requests the Court reverse Magistrate Judge Faircloth's denial of Plaintiff's prior Motion for an Enlargement of Time Within Which to File Objections to the Revised Report and Recommendation. Plaintiff asserts that the Magistrate Judge's denial of the requested extension of time is an abuse of discretion. For reasons explained below, Plaintiff's motion is denied.

**I. FACTS**

Defendant Griffin and Defendant Moseley originally filed separate Motions for Summary Judgment on February 4, 2005 and February 8, 2005 respectively. Plaintiff filed timely responses to both motions, and the Magistrate Judge entered his Report and Recommendation on March 22, 2005. One day before objections to that recommendation were due, Plaintiff filed a Motion for Extension of Time to File Objections. Although Plaintiff's motion failed to comply with Local Rule 6.2, which requires a party to submit a motion for an extension of time no later

than two business days before the expiration time, the Magistrate Judge granted Plaintiff's request and extended the deadline for filing objections an additional ten days.

Despite this extension Plaintiff failed to file his objections on time, filing them three business days after the extended deadline. Even though Plaintiff's objections were untimely filed, the Court duly considered Plaintiff's objections in reviewing the Magistrate Judge's recommendation. Although the Court initially accepted the recommendation, that order was subsequently vacated, and the recommendation was remanded to the Magistrate Judge for further consideration. The revised recommendation was filed on August 12, 2005. Plaintiff again filed a Motion for Extension of Time to File Objections in which he requested additional time due to his incarceration. After Defendant Griffin's objection, the Magistrate Judge denied Plaintiff's request holding that Plaintiff had continually chosen to set his own time frames rather than adhere to the court's schedule.

## II. ANALYSIS

Plaintiff requests the Court reverse the Magistrate Judge's denial of his Motion for Extension of Time in order to allow him to file objections to the revised recommendation. Plaintiff argues that the Magistrate Judge failed to explain why the requested extension of time was unwarranted and failed to consider his reasons for requesting the extension.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, a court may for cause shown enlarge the period in which a response is due. Although what cause must be shown is not specifically set out in the rule, some justification for the enlargement of time is required.

Generally, great discretion is granted to courts in determining whether to enlarge a time period. See Maldonado-Denis v. Castillo-Rodriguez, 23 F3d 576, 584 (1st Cir. 1994) (trial court granted leeway in granting or denying enlargement of time). Further, the standard for overturning a Magistrate Judge's order is difficult to meet. A district court may reconsider any matter where it has been shown that the Magistrate Judge's order was clearly erroneous or contrary to law. 28 U.S.C. § 636 (b)(1)(A) (2000). Given the discretion afforded to courts in determining whether to extend deadlines and the difficult standard for overturning a Magistrate Judge's decision, Plaintiff has failed to meet his burden of showing that the Magistrate Judge's order was either clearly erroneous or contrary to law.

Although the Court affirms the Magistrate Judge's order, the Court in the interest of justice has reviewed Plaintiff's untimely objections to the revised recommendation. Plaintiff's objections have been read and considered and are found to be without merit.

### III. CONCLUSION

For the reasons set forth above, Plaintiff's Motion to Reconsider Magistrate Judge Faircloth's denial of Plaintiff's prior Motion for an Enlargement of Time Within Which to File Objections to the Revised Report and Recommendation is denied.

SO ORDERED, this the 20th day of October, 2005.

**/s/ Hugh Lawson**
**HUGH LAWSON, Judge**

scs